UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22324-CIV-MARTINEZ-BECERRA

JULIO RAMIREZ,

    Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation, (ECF No. 47). On August 18, 2022, Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 62), recommending that Defendant's Motion to Tax Attorneys' Fees and Costs (the "Motion"), (ECF No. 43), be GRANTED IN PART and DENIED IN PART and Defendant be awarded $17,337.50 in attorneys' fees and $929.00 in costs plus post-judgment interest, (ECF No. 62, at 17). This Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is:

ADJUDGED that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 62), is AFFIRMED and ADOPTED in its entirety. Accordingly, it is ADJUDGED that:

1. The Motion, (ECF No. 43), is GRANTED IN PART and DENIED IN PART.

2. Defendant is awarded **$17,337.50** in attorneys' fees and **$929.00** in costs, for a total award of **$18,266.50** plus post-judgment interest.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of September, 2022.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record